# Court of Appeals
# of the State of Georgia

ATLANTA, April 01, 2026

*The Court of Appeals hereby passes the following order:*

## A26A0704. ANDERSON v. ANDERSON.

Upon consideration of the entire record, we conclude that this case is not appropriate for discretionary review and that Marcus Anderson's application for discretionary appeal was improvidently granted. Accordingly, we hereby DISMISS this appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 04/01/2026*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*